AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON  DEA S/A Doug McElwain 489-1889

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

TAMEKA JOHNSON

**WARRANT FOR ARREST**

**CASE NUMBER 00-6343**

**CR-ZLOCH**

MAGISTRATE JUDGE

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TAMEKA JOHNSON___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention Recommended

by _[signature]_ LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |