UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55594-004

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR 00-6343-CR-ZLOCH
                 ) REPORT COMMENCING CRIMINAL
    -vs- ) ACTION

TAMEKA TAMARA JOHNSON )
         Defendant )

FILED by ___ D.C.
DEC 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. FT. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM B
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 12-19-00    am/pm    7

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: CONSP - PWID COCAINE
                      + MARIJUANA

(4)  U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 6-25-79

(6)  Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

    Amount of Bond: $_____
    Who set Bond: _____

(7)  Remarks: _____
    _____

(8)  Date: 12-20-00  (9) Arresting Officer: _____

(10) Agency: DEA _____  (11) Phone: _____

(12) Comments: _____