| | | | |
|---|---|---|---|
| DEFT: | TAMEKA JOHNSON | CASE NO: | 00-6343-ZLOCH |
| AUSA: | Terry Thompson | ATTNY: | |
| AGENT: | | VIOL: | 21:846 |
| PROCEEDING: | I/A - Sealed Indictment | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: Emmanuel Perez, (CJA)

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Defendant detained in FDC.

FILED by __ D.C.
DEC 2 0 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:     DATE:        TIME:         JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:          12/26/00     10:00 a.m.    Seltzer
PRELIM/ARRAIGN. OR REMOVAL: 12/26/00    10:00 a.m.    Seltzer
STATUS CONFERENCE:

DATE: DECEMBER 20, 2000    TIME: 11:00    TAPE # 00-099 PG # 530

13