**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,
Plaintiff,
v.
TAMEKA JOHNSON
Defendant.

FILED by _AH_ D.C.
DEC 2 0 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER ON INITIAL APPEARANCE
Language ENGLISH
Tape No. 00- 099
AUSA Terry Thompson
Agent _____

The above-named defendant having been arrested on __12/19/00__ _____, having appeared before the court for initial appearance on __12/19/00__ _____ and proceedings having been held in accordance with F.R.Cr.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _Emmanuel Perez_ _____ appointed as permanent counsel. _____
   Address: _2121 Ponce De Leon Blvd. #920, Coral Gables, Fl._
   Zip Code: _33194_ Telephone: _305-442-7442_

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20__.

4. (Arraignment)/Preliminary/Removal/Identity hearing is set for _12/26/00 @ 10:00 a.m._, 20 _00_.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _of Risk of Flight_
   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _12/26/00 @ 10:00_, 20 _00_.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:

_____

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
___ b. Report to Pretrial Services as follows ___ times a week by phone ___ times a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full-time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____

– 1 –

SD-FM-1
Rev of 96

14

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest       _____

　　　　　　　　　　On Warrant      _____

　　　　　　　　　　After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 20th day of December , 20 00 .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
　WHITE to Court file
　BLUE to defendant
　GREEN to Assistant U.S. Attorney
　YELLOW to Counsel
　PINK to U.S. Marshal
　GOLD to Pretrial Services