AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON     DEA S/A Doug McElwain 489-1889

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA     *527539*

UNITED STATES OF AMERICA

V.

TAMEKA JOHNSON

**WARRANT FOR ARREST**

**00-6343**

**CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

TO:   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ TAMEKA JOHNSON

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment     ☐ Information     ☐ Complaint     ☐ Order of court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense)     Conspiracy to possess with intent to distribute and possession with intent
to distribute cocaine, crack cocaine, and marijuana

in violation of Title____21____ United States Code, Section(s) 846 and 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention Recommended _____

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____<br>     Ft. Lauderdale, FL |

| DATE RECEIVED<br>12/7/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/19/00 | | Edward Purchase, SDUSM |