**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | TAMEKA JOHNSON (J) | CASE NO: | 00-6343-CR-Zloch |
| AUSA: | Terry Thompson  pres | ATTY: | Emmanuel Perez  pres |
| AGENT: | | VIOL: | 21:846 |
| PROCEEDING: | Pretrial Detention/Arr. | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | 100,000 CSB | To be cosigned by: | |

FILED by _____ D.C.
DEC 2 6 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☒ Curfew: electronic monitoring paid for by PTS
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded
proffer - no cross
PTD - denied
CSB set
if cosigner found
& waiver of extradition
executed, bond will
be modified.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No tapes or transcripts

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-17 | 11 | BSS | |

DATE: 12/26/00   TIME: 10:00 A.M.   FTL/LSS TAPE # 00 - 101   Begin: 274   End: 1137

2)