UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA

vs

TAMEKA JOHNSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY__

                     Telephone:_____

DEFENSE COUNSEL:     Name: __EMMANUEL PEREZ, ESQ.__

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED: $ _100,000 CSB_

Bond hearing held: yes _X_   no ___   Bond hearing set for _____

Dated this __26TH__ day of __DECEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Sonny Butler_
     Deputy Clerk

Tape No. 00-_101_

cc: Copy for Judge
    U. S. Attorney