HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TAMEKA JOHNSON__ CASE NO: __00-6343-CR-ZLOCH__
AUSA __TERRY THOMPSON__ /Powell/ ATTY __EMMANUEL PEREZ__
DAVID JOFFE, ESQ. for Lindon Johnson

01-005
e 11 24

Disc Out — m/due Jan 25

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

FILED by ___ D.C.
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __1/17/01__ TIME __11:00__

46