UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,        :

    Plaintiff,        :

v.        :

TAMEKA JOHNSON,        :

    Defendant.        :

FILED by D.C.
JAN 19 2001

### STATUS REPORT

A status conference was held in this cause on January 17, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been provided.

2. At the request of defense counsel, pretrial motions will be filed on or before January 25, 2001.

DATED at Fort Lauderdale, Florida, this _19th_ day of January, 2001.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
Emmanuel Perez, Esq.
David Joffe, Esq.