UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TAMEKA JOHNSON,

        Defendant.
_____/

### GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order.

This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and

is numbered to correspond with Local Rule 88.10.

    A.    2.    That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached.



The attachments to this response are numbered pages __1__ - __5__. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500418
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 356-7255 ext. 3520
Fax: (954) 356-7336
E-mail: dana.washington@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail and facsimile this day, February 8, 2001, to:

Emmanuel Perez, Esquire
2121 Ponce de Leon Blvd., Suite 9
Coral Gables, FL 33134
Fax: (305) 441-9218.

Dana O. Washington
Assistant United States Attorney

3