UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
MAR 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-Cr-Zloch  DATE 3-9-01

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Linden Johnson, Moni Grant, Ricky Moten, Tameka Johnson

U.S. ATTORNEY Dana Washington  DEFT COUNSEL David Joffe, ..na Flores, Sam MASR, Emmanuel Perez

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft Grant's mtn to continue granted. All time excluded until trial actually commences —

JUDGMENT _____

CASE CONTINUED TO ____ TIME ____ FOR ____

MISC  3-4
Custody

70