UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
APR 6 2001

CASE NUMBER 00-6343-Cr-Zloch    DATE 4-6-01

CLERK Carline Newby    REPORTER Carl Schanzleh

PROBATION ___    INTERPRETER ___

UNITED STATES OF AMERICA V. Mosi Grant & Tameka Johnson

U. S. ATTORNEY Dana Washington    DEFT COUNSEL Emanuel Perez

DEFENDANT:    PRESENT ___    NOT PRESENT ___    ON BOND ___    IN CUSTODY ___

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Mosi Grant to enter plea 4-9-01
Trial - 4-10-01 - 10:30

JUDGMENT

CASE CONTINUED TO ___    TIME ___    FOR ___

MISC  2 days Custody

83