UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TAMEKA JOHNSON,

        Defendant.

_____/

### GOVERNMENT'S PROPOSED
### VOIR DIRE QUESTIONS

The United States of America, by and through the undersigned Assistant United States Attorney, requests the Court to include in its voir dire the attached questions. The government also requests that leave be granted to tender such supplemental questions as the situation may demand.

**1.** **JUROR BACKGROUND - GENERAL**

    a.    Please state your full name and residence address.

    b.    What kind of work do you do? If retired, please describe your work prior to retirement.

    c.    What is your educational background? (grade school; high school; college, etc.)

    d.    Are you married? If so, is your spouse employed outside the home?

    e.    Do you have children? If so, please tell us something about them -- i.e., names, ages, school, employment, etc.

    f.    Have you served in the military? If so, please briefly describe such service.

    g.    Have you ever served on a jury before? If so, please state the type of case, whether the trial was in State or Federal court, and whether a verdict was reached in the case. Was the case civil or criminal?

    h.    Do you have any physical or emotional difficulties which you feel would interfere with your ability to serve as a juror in this case?

    i.    Do any of you have any language problems which would impair your ability to understand the evidence in this trial?

### 2. **EXPERIENCES WITH LAW ENFORCEMENT/GOVERNMENT**

    a.    This case has been investigated, in part, by the Drug Enforcement Administration. To the best of your knowledge, have you, or any member of your family, or any of your close friends, had any experience with this agency of the United States government. Please describe any of these experiences, and your feelings about them.

    b.    Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States Government? If so, is there anything about that matter that you found upsetting or troubling in any way?

    c.    Have you or any of your relatives or friends had any unpleasant experience with a government agency that may cause you to be prejudiced against the government?

    d.    Do you know of any reasons why you would be biased or prejudiced for or against the government in this case?

    e.    This case may include witnesses from the Fort Lauderdale Police Department. Have you, or any member of your family, or any of your close friends, had any experience with these agencies? Please describe any of these experiences, and your feelings about them.

    f.    Have you or any close friends or relatives ever been arrested or charged with a criminal offense? If so, what were the circumstances?

        (If any potential juror answers the first question in the affirmative, the government respectfully requests that the Court question the potential juror regarding the circumstances, in private, at the bench, so as to avoid embarrassment to the potential juror.)

### 3. BIAS - GENERAL

    a.    The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance, fear, or hostility. Is there anybody here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

    b.    Some people have religious, moral or other personal beliefs which may prevent them from voting as jurors. Do any of you have any religious, moral or other beliefs which may prevent you from passing judgment on another person?

    c.    Would any of you refuse to believe the testimony of a witness who is testifying in court as a result of a plea bargain?

    d.    Can each of you assure me that if you are a juror in this case, you will listen to all of the witnesses, even one who himself was involved in criminal activity, be willing to fairly consider their testimony?

    e.    Do any of you believe in the decriminalization of any narcotic substance?

    f.    Does anyone believe that only certain age groups are involved in drugs?

    g.    Does anyone not know what "crack" cocaine is?

    h.    If so, what have you heard and would that effect your ability to serve as a juror in a case which involves crack cocaine?

    i.    Is there anything in your background that would make it difficult for you to serve as a juror on a case involving narcotics, specifically crack cocaine?

4.    **VICTIM OF A CRIME**

    a.    Have you, a close family member, or close friend or associate ever been a victim of a crime? Have any of you ever been the victim of a crime involving a firearm? Please describe your experience with law enforcement officials and the judicial system.

    b.    Are you generally satisfied or dissatisfied with the way you were treated by law enforcement officials and the judicial system?

                Respectfully Submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

BY: 
                DANA O. WASHINGTON
                ASSISTANT UNITED STATES ATTORNEY
                COURT # A5500418
                500 East Broward Blvd., Suite 700
                Fort Lauderdale, FL 33394
                Phone: (954) 356-7255
                Fax: (954) 356-7336
                E-mail: dana.washington@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 9th day of April, 2001, to:

Emmanuel Perez, Esquire
2121 Ponce de Leon Boulevard
Suite 9
Coral Gables, FL 33134

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY