**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
   Plaintiff,

v.

LINDON JOHNSON, MOSI GRANT,
RICKY MOTEN, VINCENT HAUGHTON,
and TAMEKA JOHNSON,
   Defendants,
_____/

CASE NO. 00-6343-CR-ZLOCH



FILED by _____

APR 1 0 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

COMES NOW, Defendant, TAMEKA JOHNSON, by and through undersigned counsel and hereby respectfully requests that the attached jury instruction be given at trial in this case. Defendant also requests that leave be granted to tender such supplemental instructions as the evidence may demand.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand delivered to: DANA WASHINGTON, Esquire ASA, 500 East Brwd, Blvd., Suite 700, Ft. Lauderdale, FL 33394, DAVID JOFFE, Esquire, 2900 Bridgeport Ave., Sute 401, Coconut Grove, FL 33133, ROBERT BERUBE, Esquire, at 101 NE 3RD Ave., Ste 202, Ft Lauderdale, FL 33301, ANA MARIA JHONES, Esquire, 330 Biscayne Blvd, Ste 625, Miami, FL 33132 on this 10TH day of April, 2001.

_____
Emmanuel Perez, Esquire
FBN: 586552
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, FL 33134
(305)442-7442



**DEFENDANT'S TAMEKA JOHNSON'S
PROPOSED JURY INSTRUCTION NO. 1**
(Misprison of felony)
**18 U.S.C. § 4**

As a lesser included offense, you may find the Defendant guilty of the offense of, misprison of felony, if the Government proves beyond a reasonable doubt each and every one of the following elements:

1. That the Defendant had <u>knowledge</u> of the actual commission of a felony,
    and
2. That the Defendant actually <u>conceals</u> the felony,
    and
3. That the Defendant does not as soon as possible <u>inform</u> proper authorities about the felony.

U.S. Code

18 U.S.C. § 4. Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 684; Pub.L. 103-322, title XXXIII, Sec. 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C. § 1940 ed., Sec. 251 (Mar. 4, 1909, ch. 321, Sec. 146, 35 Stat. 1114).

Changes in phraseology only.

### AMENDMENTS

1994 - Pub.L. 103-322 substituted "fined under this title" for "fined not more than $500".

### CROSS REFERENCES

Concealing escaped prisoners, see section 1072 of this title.

Concealing or harboring persons engaged in espionage, see section 792 of this title.

Concealing persons from arrest, see section 1071 of this title.

Harboring fugitives from justice, see section 1071 et. seq. of this title.

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in title 50 section 422.

[Previous Document in Book]    [Next Document in Book]

Copyright 2001 LOISLAW.COM, Inc. All rights Reserved.