UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 10 2001
CLE JE U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-CR-ZLOCH  DATE 4-10-01
CLERK Carlae Newby  REPORTER Carl Schanzlel
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Tameka Johnson

U. S. ATTORNEY Dana Washington  DEFT COUNSEL Emmanuel Perez

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Trial

RESULT OF HEARING Jury Selection, Jury Sworn,
Opening Statements
Government's Case In Chief

JUDGMENT

CASE CONTINUED TO 4/11/01  TIME 9:15  FOR Trial

MISC

89