UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 1 1 2001

CASE NUMBER 00-6343-CR-Zloch   DATE 4-11-01
CLERK Carlene Newby   REPORTER Carl Schindler
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. TAmeka Johnson

U. S. ATTORNEY David Washington   DEFT COUNSEL Emmanuel Perez

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Trial

RESULT OF HEARING  Gov't's Case in Chief
Gov't rests. Defendant Makes Rule 29 Motion.
Court Denies Motion. Defendant's Case In Chief.
Defendant Rests. Defendant Renews Rule 29 Motion.
JUDGMENT  Court Denies Motion. Closing Arguments.
Jury Charged - Deliberations began

CASE CONTINUED TO  4/12/01   TIME 9:00 / 9:45 AM  FOR Deliberations

MISC _____

91