UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

v.   CASE NUMBER: 00-6343-CR-ZLOCH

TAMEKA JOHNSON   **VERDICT**

WE, THE JURY, FIND: the defendant TAMEKA JOHNSON

As to Count I  _____GUILTY_____
               GUILTY/NOT GUILTY

As to Count III  _____NOT GUILTY_____
                 GUILTY/NOT GUILTY

as charged in the indictment.

So say we all.

_____   _April 12, 2001_
FOREPERSON                DATE