Gov't

AO 187 (Rev. 7/87) Exhibit and Witness List  ℗

FILED by _____ D.C.

APR 1 2 2001

C. . . U. S. . . . .
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN ___ DISTRICT OF ___ FLORIDA

UNITED STATES OF AMERICA

v.

TAMEKA JOHNSON

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:  00-6343-CR-ZLOCH

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| WILLIAM J. ZLOCH | | | | | DANA WASHINGTON | EMMANUEL PEREZ |
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/01 | | | | | CARL SCHANZLEH | CARLINE NEWBY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| ＊1 | | 4/10/01 | 4/10/01 | 4/10/01 | 1 SUITCASE | |
| 2 | | " | " | " | PHOTO | |
| 3 | | " | " | " | " | |
| 4 | | " | " | " | " | |
| ＊5 | | " | " | " | PLASTIC BAGS WITH DRUGS + BAGS | |
| ＊5A | | " | " | " | WRAPPERS (PLASTIC) | |
| 6 | | " | " | " | DELTA A/L TIXS. | |
| 7 | | " | " | " | HAND WRITTEN NOTES | |
| 8 | | " | " | " | " " " | |
| 9 | | " | " | " | TRAIN TIXS. | |
| ＊10 | | 4/11/01 | 4/11/01 | 4/11/01 | MARIJUANA | |
| ＊10A | | " | " | " | PLASTIC WRAPPERS | |
| 11 | | " | " | " | WAIVER OF RIGHTS FORM | |
| 12 | | | " | | STIPULATION | |
| | | | | | ＊= A. S.A. YAR ... . .... ... | |
| | | | | | ... ... ... EXHIBIT. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

93