AO 187 (Rev. 7/87) Exhibit and Witness List

Deft

APR 1 2 2001

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TAMEKA JOHNSON

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6343-CR-ZLOCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILLIAM J. ZLOCH | DANA WASHINGTON | EMMANUEL PEREZ |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/01 | CARL SCHANZLEH | CARLINE NEWBY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

94