FILED APR 13 2001
APR 12 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6343-CR-Zloch    DATE 4-12-01

CLERK Carline Newby    REPORTER Carl Schanzleh

PROBATION      INTERPRETER

UNITED STATES OF AMERICA v. Tameka Johnson

U. S. ATTORNEY Dana Washington    DEFT COUNSEL Emmanuel Perez

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Trial - Deliberations

RESULT OF HEARING Verdict - Ct 1 - Guilty
Ct 3 - Not Guilty -

JUDGMENT

CASE CONTINUED TO 6-22-01    TIME 11:00    FOR Sentencing

MISC Jury Notes Attached

95

Members of the Jury

Would you like to continue your deliberations or recess now and return in the morning to continue with your deliberations?

Please advise.

Judge Zloch
4/11/01
6:00 PM

We would like to recess.

Can we please get a copy of the jury instructions for each juror?

[signature]
4/11/01
6:14 PM

Your honor

We have a verdict.

*[signature]*
4/12/01
2:11

Your honor:

We have worked out our question and are ready to render our verdict. Can you please send us a new verdict form? Thank you.

*[signature]*
4/12/01
2:05

Your Honor:

Why have we been given the Aiding and Abetting instruction as to ~~Count~~ Count III?

*[signature]* 4/12/01
1:32 pm

P.S. Can you please send us a new jury ~~*[scribble]*~~ verdict form? Thank you.