UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO: 00-6343 CR ZLOCH

TAMEKA JOHNSON,

    Defendant.
_____/

## *MOTION TO EXTEND TIME TO FILE OBJECTIONS TO P.S.I.*

THE DEFENDANT, by and through undersigned counsel, herein files this Motion to Extend Time to File Objections to P.S.I. and as grounds thereof states as follows:

1. Undersigned counsel received Defendant's P.S.I. but has not been able to meet with client.
2. Undersigned counsel and Defendant have an appointment scheduled to meet regarding this matter for May 31, 2001.
3. That the objections are due on June 1, 2001.
4. That undersigned counsel would need an additional 2 weeks to adequately prepare the objections.
5. This Motion is filed good faith and not for purposes of delay.
6. Undersigned counsel has left a message for Dana Washington, AUSA and Edward L. Cooley, Probation but has not heard back from them to ascertain whether or not they have an objection to the granting of this motion.

WHEREFORE, Defendant respectfully requests that this Court grant this Defendant's motion for Extension of Time in which to File Objections to the PSI and

whatever other relief it deems just and reasonable.

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed to Dana Washington, AUSA at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301, Edward L. Cooley, U.S. Probation, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1865 on this 30th day of May, 2001.

EMMANUEL PEREZ, ESQUIRE
FBN: 586552
2121 Ponce De Leon Blvd.
Suite 920
Coral Gables, Florida 33134
(305) 442-7442 Telephone
(305) 441-9218 Fax