UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.                             Case No: 00-6343-CR-ZLOCH

TAMEKA JOHNSON                   ORDER

    Defendant

_____

THIS MATTER is before the Court upon the Motion To Extend Time To File Objections To P.S.I. (filed June 1, 2001). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __19th__ day of June, 2001.

                                          _/s/ William J. Zloch_
                                          WILLIAM J. ZLOCH
                                          Chief United States District Judge

cc:
Dana Washington, Esq., AUSA
Emmanuel Perez, Esq.
Probation