FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 2 2 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-CR-ZLOCH  DATE 6-22-01

CLERK Carlyne Henley   REPORTER Carl Schanzler

PROBATION Debra Pratt   INTERPRETER

UNITED STATES OF AMERICA v. Tameta Johnson

U. S. ATTORNEY Dana Washington   DEFT COUNSEL Emmanuel Perez

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Court grants factual objections by deft - Court accepts stipulation of parties as to safety valve & minimal participant - Ct continues sentencing on ore tenus mtn from deft -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

/107