FILED by _____ D.C.

JUL 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6343-CR-Zloch  DATE 7-5-01

CLERK Carlene Newby  REPORTER Carl Schanzel

PROBATION Frances Weisberg  INTERPRETER _____

UNITED STATES OF AMERICA v. Tameta Johnson

U. S. ATTORNEY Dana Washington  DEFT COUNSEL Emmanuel Perez

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing - Continuation of 6-22 sntcing

RESULT OF HEARING Deft's mtn for downward departure for aberrant behavior granted - Ct 1 - 1 yr + 1 day - 5 yrs Supervised Release - Spec Conds - At completion

JUDGMENT of imprisonment be surrendered for Removal proceedings. If deported not return w/o prior express permission of AG. Non reporting if deported

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 200 hrs of Community Service to be completed in full during period of Supervised Release - Ct would recommend having community service going around to mid schools & high schools telling of her experience with this offense - $100 assessment - Emmanuel Perez appointed for appeal -

113/RR