DEFENDANT: **JOHNSON, TAMEKA**
CASE NUMBER: **00-6343-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one year and one day.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ at      a.m. / p.m. on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    ☐ before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **07·24·2001** to **Federal Detention Center - Miami**

at **33 N.E 4th St**, with a certified copy of this judgment.
**Miami, Fl. 33132**

**Monica S. Wetzel, Warden**
UNITED STATES MARSHAL

By **dClark, LIE**
Deputy U.S. Marshal

